```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 05 B 55616
    PAUL N GUNN
    RHONDA C MABRY                             CHAPTER 13

                                               JUDGE: JACQUELINE P COX

           Debtor
    SSN XXX-XX-6540     SSN XXX-XX-7342

--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 10/14/2005 and was confirmed 12/19/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors   10.00%.

      The case was converted to chapter 7 after confirmation 11/06/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
ARONSON FURNITURE          SECURED            2222.00         179.48        744.92
DAIMLER CHRYSLER FINANCI   SECURED            9975.40         954.79       3288.95
NATIONAL AUTO FINANCE      SECURED           28945.35        5611.62       8480.90
NATIONAL AUTO FINANCE      UNSECURED          2667.92            .00           .00
WELLS FARGO BANK           CURRENT MORTG         .00             .00           .00
WELLS FARGO BANK           MORTGAGE ARRE     3092.55            .00        3092.55
*SCHOTTLER & ZUKOSKY       PRIORITY         NOT FILED           .00           .00
ADVOCATE CHRIST MEDICAL    UNSECURED        NOT FILED           .00           .00
ADVOCATE PROFFESIONAL GR   UNSECURED        NOT FILED           .00           .00
ADVOCATE SOUTH SUBURB HO   UNSECURED        NOT FILED           .00           .00
AMERICAN GENERAL FINANCE   UNSECURED        NOT FILED           .00           .00
ARNOLD SCOTT HARRIS        UNSECURED        NOT FILED           .00           .00
BLATT HASENMILLER LEIBSK   UNSECURED        NOT FILED           .00           .00
BOWMAN HEINTZ BOSCIA & M   UNSECURED        NOT FILED           .00           .00
CAPITAL ONE BANK           UNSECURED        NOT FILED           .00           .00
CARMARK PHARMACRUTICAL G   UNSECURED        NOT FILED           .00           .00
CENTURY EAR NOSE & THROA   UNSECURED        NOT FILED           .00           .00
CHECK N GO                 UNSECURED          357.07            .00           .00
CHRSIT HOSPITAL            UNSECURED        NOT FILED           .00           .00
CHRSIT HOSPITAL            UNSECURED        NOT FILED           .00           .00
RESURGENT CAPITAL SERVIC   UNSECURED         8325.48            .00           .00
COMCAST                    UNSECURED        NOT FILED           .00           .00
COMMONWEALTH EDISON        UNSECURED        NOT FILED           .00           .00
CONSULTANTS IN CLINICAL    UNSECURED        NOT FILED           .00           .00
DR S GUILLERMO PHILIPPS    UNSECURED        NOT FILED           .00           .00
I C COLLECTION SERVICE     UNSECURED        NOT FILED           .00           .00
JERRY M SALZBERG           UNSECURED         1035.00            .00           .00
KENNETH J DONKEL           UNSECURED         1318.67            .00           .00
LITTLE COMPANY OF MARY     UNSECURED        NOT FILED           .00           .00
HOME HEALTH EQUIPMENT CE   UNSECURED        NOT FILED           .00           .00
MAGES & PRICE              UNSECURED        NOT FILED           .00           .00
MCI                        UNSECURED        NOT FILED           .00           .00

                     PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 55616 PAUL N GUNN & RHONDA C MABRY
```

```
MEDCO                      UNSECURED       NOT FILED            .00            .00
MIDWEST PEDIATRIC CARDOL    UNSECURED       NOT FILED            .00            .00
MIDWEST PHYSICIAN GROUP    UNSECURED       NOT FILED            .00            .00
NEXTEL COMMUNICATIONS      UNSECURED       NOT FILED            .00            .00
NICOR GAS                  UNSECURED         545.35             .00            .00
PAY DAY OK                 UNSECURED       NOT FILED            .00            .00
QUEST DIAGNOSTICS          UNSECURED       NOT FILED            .00            .00
RENAISSANCE MEDICAL GROU   UNSECURED       NOT FILED            .00            .00
SOUTHWEST HOSPITAL         UNSECURED       NOT FILED            .00            .00
SALLIE MAE INC             UNSECURED       21737.26             .00            .00
AT & T BANKRUPCTY          UNSECURED       NOT FILED            .00            .00
SOUTHWEST RADIOLOGISTS     UNSECURED       NOT FILED            .00            .00
SPECIALIZED UROLOGIC CON   UNSECURED       NOT FILED            .00            .00
SPRINT                     UNSECURED       NOT FILED            .00            .00
SUBURBAN ER PHYSICIANS G   UNSECURED       NOT FILED            .00            .00
TALK AMERICA               UNSECURED       NOT FILED            .00            .00
THE RYE SPECIALIST CENTE   UNSECURED       NOT FILED            .00            .00
UNIVERSITY OF ILL HOSPIT   UNSECURED       NOT FILED            .00            .00
NORTHSHORE CREDIT COMPAN   UNSECURED        3219.24             .00            .00
ARONSON FURNITURE          UNSECURED        1169.12             .00            .00
DAIMLER CHRYSLER FINANCI   UNSECURED        1203.29             .00            .00
PREMIER BANCARD CHARTER    UNSECURED         298.01             .00            .00
JERRY M SALZBERG           UNSECURED       NOT FILED            .00            .00
CHECK N GO                 UNSECURED         397.50             .00            .00
ILLINOIS DEPT OF PUBLIC    FILED LATE      21559.47             .00            .00
ILLINOIS DEPT OF PUBLIC    FILED LATE       3879.68             .00            .00
*SCHOTTLER & ZUKOSKY       DEBTOR ATTY      2,200.00                      2,200.00
TOM VAUGHN                 TRUSTEE                                        1,346.79
DEBTOR REFUND              REFUND                                             .00

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE               25,900.00

PRIORITY                                          .00
SECURED                                      15,607.32
    INTEREST                                  6,745.89
UNSECURED                                         .00
ADMINISTRATIVE                                2,200.00
TRUSTEE COMPENSATION                          1,346.79
DEBTOR REFUND                                     .00
                     ---------------        ---------------
TOTALS                25,900.00              25,900.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 02/27/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE